# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly situated, *Plaintiff,* v. HOMEADVISOR, INC. a Delaware corporation, *Defendant.* | Case No. 19-cv-00571 **ENTRY OF APPEARANCE OF PATRICK H. PELUSO** |

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Keith Hobbs and the alleged Classes.

DATED at Denver, Colorado this 26th day of February, 2019.

*s/* Patrick H. Peluso

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Suite 300
Denver, Colorado 80210
720-213-0676

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                *s/     Patrick H. Peluso*