**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

KEITH HOBBS, individually and on behalf
of all others similarly situated,

        *Plaintiff,*

v.

HOMEADVISOR, INC. a Delaware
corporation,

        *Defendant.*

Case No. 1:19-cv-00571

**ENTRY OF APPEARANCE OF**
**STEPHEN A. KLEIN**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for Plaintiff Keith Hobbs and the alleged Classes.


DATED at Denver, Colorado this 26th day of February, 2019.

                         *s/*      Stephen A. Klein

                         Stephen A. Klein
                         sklein@woodrowpeluso.com
                         Woodrow & Peluso, LLC
                         3900 E Mexico Avenue, Suite 300
                         Denver, Colorado 80210
                         720-907-4654

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/     Stephen A. Klein*