**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>HOMEADVISOR, INC. a Delaware corporation,<br><br>   *Defendant.* | Case No. 1:19-cv-00571-REB<br><br>**ENTRY OF APPEARANCE OF TAYLOR T. SMITH** |

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Keith Hobbs and the alleged Classes.

DATED at Denver, Colorado this 27th day of February, 2019.

             /s/ Taylor T. Smith

             Taylor T. Smith
             tsmith@woodrowpeluso.com
             Woodrow & Peluso, LLC
             3900 E Mexico Avenue, Suite 300
             Denver, Colorado 80210
             720-907-7628

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ Taylor T. Smith