## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 19-CV-00571-REB

Plaintiff:
**Keith Hobbs, individually and on behalf of all others similarly situated**

vs.

Defendant:
**HomeAdvisor, Inc., a Delaware Corporation**

For:
Woodrow & Peluso, LLC
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Received by Front Range Legal Process Service, Inc. on the 27th day of February, 2019 at 3:01 pm to be served on **HomeAdvisor, Inc. Registered Agent: The Corporation Company, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112.**

I, Derek Minto, being duly sworn, depose and say that on the **28th day of February, 2019** at **12:09 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; Class Action Demand for Jury Trial; Civil Cover Sheet; and Consent /Non-Consent To Exercise Of Jurisdiction By A United States Magistrate Judge; Election Concerning Consent /Non-Consent To United States Magistrate Judge Jurisdiction** with the date and hour of service endorsed thereon by me, to: **Angela Hodges of The Corporation Company** as Registered Agent for **HomeAdvisor, Inc.**, at the address of: **7700 E. Arapahoe Road # 220, Centennial, CO 80112**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and sworn to before me on the 18th day of March, 2019 by the affiant who is personally known to me.

_Heather Heath_
NOTARY PUBLIC

8/22/22
NOTARY EXPIRATION DATE

HEATHER HEATH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184032275
MY COMMISSION EXPIRES AUGUST 22, 2022

Derek Minto
Process Server

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: FRS-2019001560

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2p